**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

LILLIAN FRIESON,

    Plaintiff,

vs.                                    Case No: 3:06cv451/MCR/EMT

JOHN DOE, Florida Highway Patrol Officer,
et al.,

    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 9, 2007. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's claims against the State of Florida, the Florida Department of Highway Safety & Motor Vehicles, the Florida Highway Patrol, and Defendants Jane and John Doe in their official capacities are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii).

3.     Plaintiff's claims against Defendants Jane Doe and John Doe in their individual capacities are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** this 13th day of February, 2007.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**